IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )              4:06CR3025
        v.                         )
                                   )
GILBERT LEWIS CROCKETT,            )
                                   )              ORDER
                Defendant.         )
                                   )

        IT IS ORDERED:

        1.  Defendant's counsel's motion to withdraw, filing 12, is granted.

        2.  The Federal Public Defender for the District of Nebraska shall provide the court with a draft appointment order (CJA Form 20) for appointment of counsel bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

        DATED this 20th day of March, 2006.

                                BY THE COURT:

                                s/ David L. Piester
                                David L. Piester
                                United States Magistrate Judge