IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>GILBERT LEWIS CROCKET,<br><br>  Defendant. | Case No. 4:06CR3025<br><br>**ORDER** |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Trial, filing 22.  Being fully advised in the premises, and noting that the government has no objection to the same, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial, presently scheduled for May 1, 2006, shall be continued until June 12, 2006, at 9:00 a.m.  The defendant is ordered to appear at said time.

IT IS FURTHER ORDERED that based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's trial.  Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from May 1, 2006, until the date now scheduled for trial shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 28th day of April, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge