```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3025 |
| | ) | |
| v. | ) | |
| | ) | |
| GILBERT LEWIS CROCKETT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed an unopposed motion to continue his plea hearing to afford the parties additional time to finalize plea negotiations.  Filing 26.  The court finds that the motion should be granted.

IT THEREFORE HEREBY IS ORDERED:

Defendant's plea hearing, currently scheduled for June 30, 2006, is continued to July 18, 2006 at 9:00 a.m.  The defendant is ordered to appear at said time.

This Court further finds that, based upon the parties' need for additional time to finalize plea negotiations as set forth in the defendant's unopposed motion, the ends of justice will be served by continuing defendant's plea hearing; and that continuing the plea date in this case outweighs the best interest of the defendant and the public in a speedy trial.  Accordingly, the time between today's date and July 18, 2006 shall be excluded for speedy trial calculation purposes.  18 U.S.C. § 3161(h)(8)(a).

DATED this 28th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge